SAMSON FRIEDLANDER, Appellant, *v.* HARRIS ROSENTHAL
et al., Respondents.

*Attorney and client — action by attorney to recover money alleged to have
been paid by him for and on behalf of defendants.*

*Friedlander* v. *Rosenthal*, 190 App. Div. 938, affirmed.
(Submitted March 6, 1922; decided March 21, 1922.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 31, 1920, affirming a judgment in favor
of defendants entered upon a verdict. The complaint
alleged that on and prior to December 5, 1905, plaintiff
represented the defendants as attorney in the purchase
by the defendants of certain real property in the city of
Brooklyn; that at the express instance and request of
the defendants, the plaintiff executed certain bonds for
the purpose of securing payment to the vendors of the
said properties then being acquired by the defendants
herein, wherein and whereby the plaintiff obligated himself
to pay the amounts mentioned and described in the said
bonds, and for which certain mortgages upon the said
properties were security; and the said defendants prom-
ised and agreed to and with the plaintiff that, in the
event that the plaintiff should be compelled to pay out
by reason thereof any moneys for their benefit, they
would repay to and reimburse the plaintiff for any and
all such sum or sums of money as he might be required to
pay by reason of the execution of the said bonds at
their request; that upon the maturity of the said bonds,
actions were brought against the plaintiff in the Supreme
Court, Kings county, to recover from him the amounts,
and that by reason thereof the plaintiff was compelled to
and did pay out in full settlement and discharge of his
liability thereunder the sum of $2,700. The answer was
a general denial, with the affirmative defense that the
agreement alleged was within the Statute of Frauds in
that it was not to be performed within one year from
the making thereof, and a second defense of the Statute
of Limitations.

*George Edwin Joseph* for appellant.

*Max D. Steuer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.